UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILDA RYAN and PAUL RYAN, et al.<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF IMPERIAL, et al.<br><br>Defendants. | Case No. 3:21-cv-1076-LAB-KSC<br><br>**ORDER OF DISMISSAL WITH LEAVE TO AMEND [Dkt. 1]** |

Plaintiffs Gilda and Paul Ryan, purporting to bring suit on behalf of their minor children and themselves, filed their Complaint in this case on June 4, 2021. The Complaint consists of 380 numbered paragraphs and 90 claims, spread across 145 pages. In other words, it's not the "short and plain statement" that a pleading must be. Fed. R. Civ. P. 8(a)(1).

Nor can Gilda and Paul Ryan bring suit on behalf of their minor children. There's no indication that either parent is an attorney, and courts in the Ninth Circuit don't permit non-attorney parents to bring suit on behalf of their children. *Johns v. County of San Diego*, 114 F.3d 874, 876-77 (9th Cir. 1997) ("It goes without saying that it is not in the interest of minors . . . that they be represented

by non-attorneys. Where they have claims that require adjudication, they are entitled to trained legal assistance so their rights may be fully protected.")

The Court **DISMISSES** the Complaint **WITHOUT PREJUDICE AND WITH LEAVE TO AMEND** for failure to set forth a short and plain statement of the Plaintiffs' claims and because it purports to bring claims on behalf of individuals who can't represent themselves but aren't represented by counsel. Any amended pleading should be no longer than 30 pages and must be filed no later than **September 14, 2021**. Any claims on behalf of the Ryans' minor children must be filed by those children's counsel.

**IT IS SO ORDERED.**

DATED: July 14, 2021

_____
Hon. Larry Alan Burns
United States District Court Judge