**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GILDA RYAN AND JOSEPH RYAN,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF IMPERIAL, et al.,<br><br>    Defendants. | Case No.: 21-cv-1076-GPC-KSC<br><br>**ORDER:**<br><br>**(1) SETTING ASIDE DEFAULT AS TO DEFENDANT BARBARA BOLT; and**<br><br>**(2) GRANTING PLAINTIFFS' ORAL MOTION FOR VOLUNTARY DISMISSAL OF DEFENDNANT BARBARA BOLT**<br><br>**[ECF Nos. 74, 103]** |

On December 17, 2021, the Court held a status hearing as to Defendant Barbara Bolt. Plaintiffs Joseph and Gilda Ryan, and Defendant Barbara Bolt appeared by telephone. *Id.*

Plaintiffs served Mrs. Bolt with the First Amended Complaint on October 13, 2021. ECF No. 60. On November 18, 2021, Plaintiffs requested an entry of default against Mrs. Bolt for failure to answer, plead or otherwise defend herself against the

1

allegations in Plaintiffs' FAC.  ECF No. 73.  The Clerk entered default on the same day.  ECF No. 74.

On November 30, 2021, the Court received a letter from Mrs. Bolt in which she explained that she "couldn't plead or otherwise defend [herself] as stated in the default notice [she] received" after the entry of default, but that she had written to the Court and to Plaintiff to confirm her receipt of the First Amended Complaint.  ECF No. 93 at 2; *see* ECF No. 62 (Letter from Mrs. Bolt).[1]  Recognizing Mrs. Bolt's confusion regarding the allegations made against her, and her duty to respond to the complaint, the Court set the status hearing.  ECF No. 94.

At the December 17 hearing, Plaintiff Joseph Ryan represented to the Court that he had entered a request for voluntary dismissal as to Mrs. Bolt with the Clerk's office, immediately before the start of the hearing, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  ECF No. 103.  Plaintiff further made an oral motion to voluntarily dismiss Mrs. Bolt from the action.  The Court orally granted Plaintiffs' motion.

The Court also observed that Mrs. Bolt's letters to the Court could be construed as an attempt to participate in the case, and that there is good cause to set aside the Clerk's entry of default under Federal Rule of Civil Procedure 55(c).

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] In total, Mrs. Bolt wrote three letters to the Court.  The First was dated July 9, 2021, confirming receipt of the original complaint.  ECF No. 5.  The Second was dated October 15, 2021, confirming receipt of the FAC.  ECF No. 62  The final letter was the November 30 letter in response to the Clerk's entry of default.  ECF No. 83.

The Court hereby **ORDERS** that the Clerk's entry of default against Defendant Barbara Bolt be set aside, that Plaintiffs' oral motion to voluntarily dismiss Defendant Barbara Bolt from this action is **GRANTED**.

**IT IS SO ORDERED.**

Dated:  December 17, 2021

Hon. Gonzalo P. Curiel
United States District Judge